**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: KOT, PETER § Case No. 08-11687-BWB
 §
 §
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

 Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 219 S DEARBORN STREET
 7TH FLOOR
 CHICAGO, IL  60604

 Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 04/01/2011 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  02/24/2011          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                                                         Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KOT, PETER § Case No. 08-11687-BWB
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 237,027.84 |
| *and approved disbursements of* | $ 208,572.34 |
| *leaving a balance on hand of* [1] | $ 28,455.50 |
| **Balance on hand:** | $ 28,455.50 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8S-2 | Department of Treasury | 21,464.10 | 21,464.10 | 0.00 | 2,240.59 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 2,240.59 |
| Remaining balance: | $ 26,214.91 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 9,000.00 | 0.00 | 9,000.00 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 14,877.50 | 0.00 | 14,877.50 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 224.30 | 0.00 | 224.30 |
| Accountant for Trustee, Fees - Alan D. Lasko | 2,120.30 | 0.00 | 2,120.30 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 15.10 | 0.00 | 15.10 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 26,237.20 |
| Remaining balance: | $ -22.29 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|   |   |   |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | -22.29 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $32,459.94 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8P-2 | Department of Treasury | 32,459.94 | 0.00 | 0.00 |

|   |   |   |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | -22.29 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 48,537.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | CHASE BANK USA, NA | 756.71 | 0.00 | 0.00 |
| 2 -2 | CHASE BANK USA, NA | 2,460.79 | 0.00 | 0.00 |
| 3 -2 | CHASE BANK USA, NA | 9,062.32 | 0.00 | 0.00 |
| 4 -2 | CHASE BANK USA, NA | 6,216.24 | 0.00 | 0.00 |
| 5 -2 | CHASE BANK USA, NA | 4,260.74 | 0.00 | 0.00 |
| 6 | US BANK NA/ RETAIL PAYMENT SOLUTIONS | 1,140.38 | 0.00 | 0.00 |
| 7 | Sugar Steel Corporation | 24,640.30 | 0.00 | 0.00 |

|   |   |   |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | -22.29 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:   $       -22.29

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $         0.00
Remaining balance:   $       -22.29

Prepared By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                        Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dramey                Page 1 of 2                   Date Rcvd: Feb 25, 2011
Case: 08-11687                 Form ID: pdf006             Total Noticed: 44

The following entities were noticed by first class mail on Feb 27, 2011.
db           +Peter Kot,    13745 S. Golden Oak Drive,    Homer Glen, IL 60491-8677
aty          +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Brian D Johnson,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
aty          +Robert R Benjamin,    Golan & Christie, LLP,    70 West Madison Street,    Suite 1500,
               Chicago, IL 60602-4265
tr           +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
12218414     +6558 Menard Bedford, LLC,    c/o Diana Psarra/Robbins, Salomon,    25 E. Washington, Suite 1000,
               Chicago, IL 60602-1705
12550726     +AIG Insurance,    Bankruptcy Department,    70 Pine Street, 34th Floor,    New York, NY 10270-0001
12218415      Advocate Christ Medical Center,    440 West 95th Street,    Oak Lawn, IL 60453
12218416     +Affirmative Ins. Svc.,    PO Box 388962,    Chicago, IL 60638-8962
12218417     +Alro Steel Corporation,    c/o Stein & Rotman,    105 W. Madison Suite 600,
               Chicago, IL 60602-4672
12550727     +Assurant Health,    P O BOX 624,    Milwaukee, WI 53201-0624
12420610     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14349620      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
12218418      Capital One Bank,    c/o Blatt Hasenmiller Leibsker,    125 S. Wacker Dr. Suite 400,
               Chicago, IL 60606-4440
12218425     +Chase,   c/o NCO Financial Systems, INC.,    PO Box 15081,    Wilmington, DE 19850-5081
12218419      Chase,    P.O. Box 15129,    Wilmington, DE 19850-5129
12218420      Chase,    P.O. Box 15651,    Wilmington, DE 19886-5651
12218424      Chase,   c/o Financial Asset Management Syst,    PO Box 451409,    Atlanta, GA 31145-9409
12218421     +Chase,   c/o NAFS,    165 Lawrence Bell Drive, Suite 100,    Williamsville, NY 14221-7900
12218423     +Chase,   c/o Creditors Financial Group,    PO Box 440290,    Aurora, CO 80044-1500
12218422     +Chase,   c/o Creidtors Financial Group, LLC,    PO Box 440290,    Aurora, CO 80044-1500
12218426     +Commerce and Industry,    c/o Teller Levit & Silvertrust,    11 E. Adams Street,
               Chicago, IL 60603-6301
12218427     +Commerce and Industry Insurance,    c/o Teller Levit & Silvertrust,    11 E. Adams Street,
               Chicago, IL 60603-6301
12218428     +Countrywide Home Loans,    PO Box 650070,    Dallas, TX 75265-0070
12218429     +Crown Steel Sales, Inc.,    c/o Jack H. Rottner,    PO Box 10417,    Chicago, IL 60610-0417
12550729     +D Wexler & Sons Inc,    Steel Warehouse,    4821 S Aberdeen St,    Chicago, IL 60609-4312
12218431      Fifth Third Bank,    Card Center,    PO Box 740789,    Chicago, IL 60638-6204
12218432      HSBC/Worldwide Asset Purchasing LLC,    c/o Central Credit Services,    PO Box 15118,
               Jacksonville, FL 32239-5118
12218430     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Department of Treasury,    IRS,    Cincinnati, OH 45999)
12218433     +Lanan Products Inc.,    3909 W. Harrison St.,    Chicago, IL 60624-3698
12218434     +Lanan Products Inc.,    c/o S. Moraitis & Associates,    1120 N. LaSalle St., Suite 10L,
               Chicago, IL 60610-7605
12218435     +Morton Grove Medical Imaging LLC,    6910 S. Madison St.,    Willowbrook, IL 60527-5504
12550730     +North Shore Cardiology Consultants,    7447 W Talcott, Suite 200,    Chicago, IL 60631-3713
12218436     +Palos Community Hospital,    12251 S. 80th Avenue,    Palos Heights, IL 60463-0930
12218437     +Root Brothers Mfg. & Supply Co.,    c/o Teller Levit & Silvertrust,    11 E. Adams, Suite 800,
               Chicago, IL 60603-6324
12550725     +State of Illinois,    Department of Revenue,    P O BOX 19006,    Springfield, IL 62794-9006
12218438     +Sugar Steel Corporation,    2521 State Street,    Chicago Heights, IL 60411-4300
12218439     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    PO Box 5855,    Carol Stream, IL 60197)
12677483      US BANK NA/ RETAIL PAYMENT SOLUTIONS,    PO BOX 5229,    CINCINNATI, OHIO 45201-5229
12218440     +Worldwide Asset Purchasing LLC,    c/o NRC,    6491 Peachtree Industrial Blvd.,
               Atlanta, GA 30360-2100
12218441      Zenith Insurance Co.,    c/o Revenue Systems, Inc.,    PO Box 15257,    Clearwater, FL 33766-5257

The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12550728    ##+Capital One,    Payment Processing,    32275 32nd Avenue South,    Auburn, WA 98001-9616
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1           User: dramey              Page 2 of 2              Date Rcvd: Feb 25, 2011
Case: 08-11687                 Form ID: pdf006           Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 27, 2011**                          **Signature:**    _Joseph Speetjens_