**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KOT, PETER                               § Case No. 08-11687-BWB
                                                §
                                                §
                                                §
Debtor(s)                                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　　THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 <br> *(without deducting any secured claims)* | Assets Exempt:  $23,128.88 |
| Total Distribution to Claimants: $120,401.21 | Claims Discharged <br> Without Payment:  $345,942.03 |
| Total Expenses of Administration: $55,707.10 | |

　　　3) Total gross receipts of $   237,028.29   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   60,919.98   (see **Exhibit 2**), yielded net receipts of $176,108.31 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $139,646.56 | $139,646.56 | $120,401.21 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 63,607.46 | 55,707.10 | 55,707.10 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 32,459.94 | 32,459.94 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 313,482.09 | 313,482.09 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $549,196.05 | $541,295.69 | $176,108.31 |

4) This case was originally filed under Chapter 7 on May 08, 2008. The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2011    By: /s/THOMAS B. SULLIVAN, TRUSTEE
                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 13745 S. GOLDEN OAK DRIVE, HOMER GLEN | 1110-000 | 230,000.00 |
| 2003 TOYOTA 4 RUNNER | 1129-000 | 7,000.00 |
| Interest Income | 1270-000 | 28.29 |
| **TOTAL GROSS RECEIPTS** | | **$237,028.29** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| VERA KOT | 1/2 PROCEEDS - NON FILING SPOUSE | 8500-002 | 43,519.98 |
| PETER KOT | HOMESTEAD EXEMPTION | 8100-002 | 15,000.00 |
| PETER KOT | EXEMPTION IN TOYOTA | 8100-002 | 2,400.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$60,919.98** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8S-2 | Department of Treasury | 4300-000 | N/A | 21,464.10 | 21,464.10 | 2,218.75 |
| | TOYOTA FINANCIAL SERVICES/LEXUS FINANCIAL SVC | 4210-000 | N/A | 2,539.47 | 2,539.47 | 2,539.47 |
| | BAC HOME LOAN SERVICING | 4110-000 | N/A | 92,975.81 | 92,975.81 | 92,975.81 |
| | US TREASURY | 4700-000 | N/A | 22,667.18 | 22,667.18 | 22,667.18 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$139,646.56** | **$139,646.56** | **$120,401.21** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 12,055.36 | 9,000.00 | 9,000.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 19,722.50 | 14,877.50 | 14,877.50 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 224.30 | 224.30 | 224.30 |
| Alan D. Lasko | 3410-000 | N/A | 2,120.30 | 2,120.30 | 2,120.30 |
| Alan D. Lasko | 3420-000 | N/A | 15.10 | 15.10 | 15.10 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| EUNICE SACHS & ASSOCIATES | 2990-000 | N/A | 230.50 | 230.50 | 230.50 |
| CENTURY 21 PRO-TEAM | 3510-000 | N/A | 7,050.00 | 7,050.00 | 7,050.00 |
| GORAL REAL ESTATE | 3510-000 | N/A | 6,750.00 | 6,750.00 | 6,750.00 |
| ASSOCIATED SURVEYING | 2500-000 | N/A | 300.00 | 300.00 | 300.00 |
| KIM WIRTZ-PRINCE | 3520-000 | N/A | 149.00 | 149.00 | 149.00 |
| WILL COUNTY TREASURER | 2820-000 | N/A | 345.00 | 345.00 | 345.00 |
| WILL COUNTY TREASURER | 2820-000 | N/A | 3,501.74 | 3,501.74 | 3,501.74 |
| WILL COUNTY TREASURER | 2820-000 | N/A | 7,841.32 | 7,841.32 | 7,841.32 |
| CHICAGO TITLE | 2500-000 | N/A | 1,380.00 | 1,380.00 | 1,380.00 |
| EUNICE SACHS & ASSOCIATES | 2990-000 | N/A | 212.00 | 212.00 | 212.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| UNITED PARCEL SERVICE | 2990-000 | N/A | 31.11 | 31.11 | 31.11 |
| EUNICE SACHS & ASSOCIATES | 2990-000 | N/A | 105.00 | 105.00 | 105.00 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | N/A | 717.04 | 717.04 | 717.04 |
| ELITE PROCESS SERVING & INVESTIGATIONS, INC. | 2990-000 | N/A | 175.00 | 175.00 | 175.00 |
| EUNICE SACHS & ASSOCIATES | 2990-000 | N/A | 105.00 | 105.00 | 105.00 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 39.11 | 39.11 | 39.11 |
| UPS | 2990-000 | N/A | 15.08 | 15.08 | 15.08 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 23.00 | 23.00 | 23.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 63,607.46 | 55,707.10 | 55,707.10 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8P-2 | Department of Treasury | 5800-000 | 0.00 | 32,459.94 | 32,459.94 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 32,459.94 | 32,459.94 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 756.71 | 756.71 | 0.00 |
| 2 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 2,460.79 | 2,460.79 | 0.00 |
| 3 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 9,062.32 | 9,062.32 | 0.00 |
| 4 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 6,216.24 | 6,216.24 | 0.00 |
| 5 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 4,260.74 | 4,260.74 | 0.00 |
| 6 | US BANK NA/ RETAIL PAYMENT SOLUTIONS | 7100-000 | N/A | 1,140.38 | 1,140.38 | 0.00 |
| 7 | Sugar Steel Corporation | 7100-000 | N/A | 24,640.30 | 24,640.30 | 0.00 |
| SCHED | HSBC/WORLD ASSET PURCHASING LLC | 7100-000 | 0.00 | 1,083.32 | 1,083.32 | 0.00 |
| SCHED | ZENITH INS. CO | 7100-000 | 0.00 | 528.15 | 528.15 | 0.00 |
| SCHED | FIFTH THIRD BANK | 7100-000 | 0.00 | 9,978.80 | 9,978.80 | 0.00 |
| SCHED | WORLD WIDE ASSET PURCHASING LLC | 7100-000 | 0.00 | 1,198.15 | 1,198.15 | 0.00 |
| SCHED | CROWN STEEL SALES, INC. | 7100-000 | 0.00 | 51,776.12 | 51,776.12 | 0.00 |
| SCHED | SUGAR STEEL CORP | 7100-000 | 0.00 | 16,236.94 | 16,236.94 | 0.00 |
| SCHED | MORTON GROVE MEDICAL IMAGING LLC | 7100-000 | 0.00 | 720.00 | 720.00 | 0.00 |
| SCHED | COMMERCE & INDUSTRY | 7100-000 | 0.00 | 11,137.44 | 11,137.44 | 0.00 |
| SCHED | PALOS COMMUNITY HOSPITAL | 7100-000 | 0.00 | 634.05 | 634.05 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| SCHED | LANAN PRODUCTS INC. | 7100-000 | 0.00 | 21,875.00 | 21,875.00 | 0.00 |
| SCHED | ROOT BROTHERS MFG & SUPPLY CO | 7100-000 | 0.00 | 16,340.64 | 16,340.64 | 0.00 |
| SCHED | 6558 MENARD BEDFORD, LLC | 7100-000 | 0.00 | 104,034.04 | 104,034.04 | 0.00 |
| SCHED | AFFIRMATIVE INS SVC | 7100-000 | 0.00 | 684.31 | 684.31 | 0.00 |
| SCHED | ALRO STEEL CORP | 7100-000 | 0.00 | 17,652.32 | 17,652.32 | 0.00 |
| SCHED | ADVOCATE CHRIST MEDICAL CENTER | 7100-000 | 0.00 | 6,160.90 | 6,160.90 | 0.00 |
| SCHED | CAPITAL ONE BANK | 7100-000 | 0.00 | 4,904.43 | 4,904.43 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 313,482.09 | 313,482.09 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-11687-BWB  
**Case Name:** KOT, PETER  

**Trustee:** (330180)  THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 05/08/08 (f)  
**§341(a) Meeting Date:** 06/03/08  

**Period Ending:** 05/11/11  

**Claims Bar Date:** 10/09/08

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 13745 S. GOLDEN OAK DRIVE, HOMER GLEN | 220,000.00 | 128,011.00 | | 230,000.00 | FA |
| 2 | FIFTH THIRD BANK | 100.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 5 | CAS FRATERNAL LIFE | 3,428.88 | 0.00 | | 0.00 | FA |
| 6 | 100% KOT INDUSTRIES INC. | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 2003 TOYOTA 4 RUNNER | 2,400.00 | 12,700.00 | | 7,000.00 | FA |
| 8 | 1997 HONDA ACCORD | 1,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 28.29 | Unknown |
| 9 Assets | Totals (Excluding unknown values) | $228,128.88 | $140,711.00 | | $237,028.29 | $0.00 |

**Major Activities Affecting Case Closing:**

SOLD TOYOTA 4-RUNNER FOR $7,000; INVESTIGATING REAL ESTATE VALUE; PURSUING ADVERSARY TO SELL REAL ESTATE; 6/09 ADVERSARY FILED REVOKING DISCHARGE (09A 487); PREPARING TO EMPLOY ACCOUNTANT; FINAL REPORT TO FOLLOW

**Initial Projected Date Of Final Report (TFR):** June 30, 2009     **Current Projected Date Of Final Report (TFR):** March 31, 2011

Printed: 05/11/2011 02:21 PM     V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-11687-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | KOT, PETER | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****08-65 - Money Market Account |
| Taxpayer ID #: | **-***0494 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/11/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/06/09 | {7} | AMERICAN AUCTION ASSOCIATES INC. | SALE OF 2002 TOYOTA 4-RUNNER | 1129-000 | 7,000.00 | | 7,000.00 |
| 01/06/09 | {7} | AMERICAN AUCTION ASSOCIATES INC. | Reversed Deposit 100001 1 SALE OF 2002 TOYOTA 4-RUNNER | 1129-000 | -7,000.00 | | 0.00 |
| 01/12/09 | {7} | AMERICAN AUCTION ASSOCIATES, INC. | SALE OF 2002 TOYOTA 4-RUNNER | 1129-000 | 7,000.00 | | 7,000.00 |
| 01/14/09 | 1001 | TOYOTA FINANCIAL SERVICES/LEXUS FINANCIAL SVC | PAYOFF OF LIEN TOYOTA 4RUNNER | 4210-000 | | 2,539.47 | 4,460.53 |
| 01/27/09 | | To Account #********0866 | TRANSFER FUNDS TO PAY COSTS IN CASE | 9999-000 | | 500.00 | 3,960.53 |
| 01/27/09 | 1002 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT FOR ADVERSARY FILING FEE | 2700-000 | | 250.00 | 3,710.53 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,710.66 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 3,710.80 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 3,710.96 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,711.11 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 3,711.25 |
| 06/15/09 | | CHICAGO TITLE & TRUST COMPANY | SALE OF REAL ESTATE | | 43,519.97 | | 47,231.22 |
| | {1} | | 230,000.00 | 1110-000 | | | 47,231.22 |
| | | BAC HOME LOAN SERVICING | 1ST MORTGAGE PAYOFF   -92,975.81 | 4110-000 | | | 47,231.22 |
| | | US TREASURY | TAX LIEN   -22,667.18 | 4700-000 | | | 47,231.22 |
| | | CENTURY 21 PRO-TEAM | COMMISSION   -7,050.00 | 3510-000 | | | 47,231.22 |
| | | GORAL REAL ESTATE | COMMISSION   -6,750.00 | 3510-000 | | | 47,231.22 |
| | | ASSOCIATED SURVEYING | SURVEY FEE   -300.00 | 2500-000 | | | 47,231.22 |
| | | KIM WIRTZ-PRINCE | EXPENSES   -149.00 | 3520-000 | | | 47,231.22 |
| | | VERA KOT | 1/2 PROCEEDS - NON FILING SPOUSE   -43,519.98 | 8500-002 | | | 47,231.22 |
| | | WILL COUNTY TREASURER | -345.00 | 2820-000 | | | 47,231.22 |
| | | WILL COUNTY TREASURER | 2009 REAL ESTATE TAXES   -3,501.74 | 2820-000 | | | 47,231.22 |
| | | WILL COUNTY TREASURER | 2009 REAL ESTATE TAXES   -7,841.32 | 2820-000 | | | 47,231.22 |
| | | CHICAGO TITLE | TITLE INS, RECORDING FEES, ETC.   -1,380.00 | 2500-000 | | | 47,231.22 |

Subtotals :   $50,520.69   $3,289.47

{} Asset reference(s)   Printed: 05/11/2011 02:21 PM   V.12.56

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-11687-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | KOT, PETER | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****08-65 - Money Market Account |
| Taxpayer ID #: | **-***0494 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/11/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/16/09 | 1003 | EUNICE SACHS & ASSOCIATES | COURT REPORT ATTENDANCE/DEP OF PETER KOT | 2990-000 | | 212.00 | 47,019.22 |
| 06/22/09 | 1004 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT FOR ADVERSARY FILING FEE | 2700-000 | | 250.00 | 46,769.22 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.98 | | 46,770.20 |
| 07/08/09 | 1005 | AMERICAN AUCTION ASSOCIATES, INC. | EXPENSES OF AUCTIONEER | 3620-000 | | 717.04 | 46,053.16 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.96 | | 46,055.12 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.94 | | 46,057.06 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.87 | | 46,058.93 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.87 | | 46,060.80 |
| 11/24/09 | 1006 | ELITE PROCESS SERVING & INVESTIGATIONS, INC. | INVESTIGATIONS OF PETER KOT | 2990-000 | | 175.00 | 45,885.80 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.94 | | 45,887.74 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.93 | | 45,889.67 |
| 01/07/10 | 1007 | EUNICE SACHS & ASSOCIATES | DEPOSITION FEE | 2990-000 | | 105.00 | 45,784.67 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.80 | | 45,786.47 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.74 | | 45,788.21 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.05 | | 45,790.26 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.18 | | 45,791.44 |
| 04/20/10 | | Wire out to BNYM account 9200******0865 | Wire out to BNYM account 9200******0865 | 9999-000 | -45,791.44 | | 0.00 |
| | | | ACCOUNT TOTALS | | 4,748.51 | 4,748.51 | $0.00 |
| | | | Less: Bank Transfers | | -45,791.44 | 500.00 | |
| | | | Subtotal | | 50,539.95 | 4,248.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $50,539.95 | $4,248.51 | |

{} Asset reference(s)              Printed: 05/11/2011 02:21 PM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-11687-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | KOT, PETER | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****08-66 - Checking Account |
| Taxpayer ID #: | **-***0494 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 05/11/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/27/09 | | From Account #********0865 | TRANSFER FUNDS TO PAY COSTS IN CASE | 9999-000 | 500.00 | | 500.00 |
| 01/27/09 | 101 | EUNICE SACHS & ASSOCIATES | COURT REPORTER/DEP OF DEBTOR | 2990-000 | | 230.50 | 269.50 |
| 06/24/09 | 102 | UNITED PARCEL SERVICE | OVERNIGHT DELIVERY FEES | 2990-000 | | 31.11 | 238.39 |
| 07/01/09 | 103 | EUNICE SACHS & ASSOCIATES | COURT REPORT ATTENDANCE | 2990-000 | | 105.00 | 133.39 |
| 02/05/10 | 104 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-11687, BOND#016026455<br>Voided on 02/05/10 | 2300-000 | | 39.11 | 94.28 |
| 02/05/10 | 104 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-11687, BOND#016026455<br>Voided: check issued on 02/05/10 | 2300-000 | | -39.11 | 133.39 |
| 02/05/10 | 105 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-11687, BOND#016026455 | 2300-000 | | 39.11 | 94.28 |
| 04/20/10 | | Wire out to BNYM account 9200******0866 | Wire out to BNYM account 9200******0866 | 9999-000 | -94.28 | | 0.00 |
| | | | ACCOUNT TOTALS | | 405.72 | 405.72 | $0.00 |
| | | | Less: Bank Transfers | | 405.72 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **405.72** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$405.72** | |

{} Asset reference(s)                                                                                   Printed: 05/11/2011 02:21 PM    V.12.56

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-11687-BWB  
**Case Name:** KOT, PETER  

**Taxpayer ID #:** **-***0494  
**Period Ending:** 05/11/11  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******08-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0865 | Wire in from JPMorgan Chase Bank, N.A. account ********0865 | 9999-000 | 45,791.44 | | 45,791.44 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.69 | | 45,792.13 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.94 | | 45,794.07 |
| 06/07/10 | 11008 | PETER KOT | EXEMPTIONS DUE DEBTOR | | | 17,400.00 | 28,394.07 |
| | | | HOMESTEAD EXEMPTION    15,000.00 | 8100-002 | | | 28,394.07 |
| | | | EXEMPTION IN TOYOTA    2,400.00 | 8100-002 | | | 28,394.07 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.64 | | 28,395.71 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.21 | | 28,396.92 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 1.20 | | 28,398.12 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 28,398.35 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 28,398.59 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 28,398.82 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 28,399.06 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 28,399.30 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 28,399.51 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 28,399.75 |
| 04/01/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 28,399.75 |
| 04/01/11 | | To Account #9200******0866 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 28,399.75 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 45,799.75 | 45,799.75 | $0.00 |
| | | | Less: Bank Transfers | | 45,791.44 | 28,399.75 | |
| | | | **Subtotal** | | 8.31 | 17,400.00 | |
| | | | Less: Payments to Debtors | | | 17,400.00 | |
| | | | **NET Receipts / Disbursements** | | **$8.31** | **$0.00** | |

{} Asset reference(s)

Printed: 05/11/2011 02:21 PM    V.12.56

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 08-11687-BWB  
**Case Name:** KOT, PETER  

**Taxpayer ID #:** **-***0494  
**Period Ending:** 05/11/11  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******08-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0866 | Wire in from JPMorgan Chase Bank, N.A. account ********0866 | 9999-000 | 94.28 | | 94.28 |
| 06/15/10 | 10106 | UPS | OVERNIGHT DELIVER FEE | 2990-000 | | 15.08 | 79.20 |
| 02/15/11 | 10107 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #08-11687, Bond# 016026455 | 2300-000 | | 23.00 | 56.20 |
| 04/01/11 | | From Account #9200******0865 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 28,399.75 | | 28,455.95 |
| 04/05/11 | 10108 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $9,000.00, Trustee Compensation; Reference: | 2100-000 | | 9,000.00 | 19,455.95 |
| 04/05/11 | 10109 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $14,877.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 14,877.50 | 4,578.45 |
| 04/05/11 | 10110 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $224.30, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 224.30 | 4,354.15 |
| 04/05/11 | 10111 | Alan D. Lasko | Dividend paid 100.00% on $2,120.30, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,120.30 | 2,233.85 |
| 04/05/11 | 10112 | Alan D. Lasko | Dividend paid 100.00% on $15.10, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 15.10 | 2,218.75 |
| 04/05/11 | 10113 | Department of Treasury | Dividend paid 10.33% on $21,464.10; Claim# 8S-2; Filed: $21,464.10; Reference: | 4300-000 | | 2,218.75 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 28,494.03 | 28,494.03 | $0.00 |
| | | | Less: Bank Transfers | | 28,494.03 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 28,494.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$28,494.03** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****08-65** | 50,539.95 | 4,248.51 | 0.00 |
| **Checking # ***-*****08-66** | 0.00 | 405.72 | 0.00 |
| **MMA # 9200-******08-65** | 8.31 | 0.00 | 0.00 |
| **Checking # 9200-******08-66** | 0.00 | 28,494.03 | 0.00 |
| | $50,548.26 | $50,548.26 | $0.00 |

{} Asset reference(s)

Printed: 05/11/2011 02:21 PM  V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-11687-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** KOT, PETER | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******08-66 - Checking Account |
| **Taxpayer ID #:** **-***0494 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 05/11/11 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

{} Asset reference(s)

Printed: 05/11/2011 02:21 PM    V.12.56